IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TREASA KENNEDY, | ) | CASE NO.  1:21-cv-1601 |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILLIP CALABRESE |
| | ) | |
| v. | ) | **STIPULATED NOTICE OF** |
| | ) | **DISMISSAL WITH PREJUDICE.** |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Treasa Kennedy, and Defendant City of Cleveland, by and through their

respective counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

hereby stipulate that Plaintiff dismisses her Complaint, with prejudice, court costs to Defendant.

Respectfully submitted,

CONSOLO LAW FIRM CO., LPA

BARBARA A. LANGHENRY
Director of Law for the City of Cleveland

/s/ Frank Consolo
FRANK CONSOLO [0042455]
HORACE F. CONSOLO [0096571]
627 West St. Clair Avenue
Cleveland, Ohio 44113
(216) 696-5400 FAX (216) 696-2610
fconsolo@consololaw.com
hconsolo@consololaw.com
*Attorneys for Plaintiff Treasa Kennedy*

/s/Timothy J. Puin
TIMOTHY J. PUIN [0065120]
601 Lakeside Avenue E., Room 106
Cleveland, OH 44114
(216) 664-2800 / FAX (216) 664-2663
(330) 535-5711 FAX (330) 253-8601
tpuin@city.cleveland.oh.us
*Attorney for Defendant City of Cleveland*

CERTIFICATE OF SERVICE

Notice of this filing will be sent to all parties through the Court's electronic filing system.

Parties may access this filing through the Court's electronic filing system.

/s/ Frank Consolo
FRANK CONSOLO [0042455]